# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

      Chapter 13

      Bankruptcy No. 17-13205-MDC

GINA M. MYERS
JOHN M. MYERS
151 S. HAWTHORNE AVE

LANGHORNE, PA 19047

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    GINA M. MYERS
    JOHN M. MYERS
    151 S. HAWTHORNE AVE

    LANGHORNE, PA 19047

**Counsel for debtor(s), by electronic notice only.**
    CIBIK & CATALDO
    1500 WALNUT STREET
    SUITE 900
    PHILA, PA 19102-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

                                               /s/ William C. Miller

Date: 7/6/2017

                                               _____
                                               William C. Miller, Esquire
                                               Chapter 13 Standing Trustee