# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| | : | |
| Gina M. & John M. Myers | : | |
| | : | |
| Debtor(s) | : | Bankruptcy No. 17-13205MDC |

## NOTICE

To the debtor, debtor's counsel, trustee, and creditor Ray Chapman, Tax Collector;

NOTICE is hereby given that:

Pursuant to Federal Rules of Bankruptcy Procedure 3004 and 3005, you are hereby notified that a proof of claim in the amount of $1146.00 has been filed in your name by Mike Cataldo, Esq. on 11/1/17.

Dated: November 2, 2017

FOR THE COURT

TIMOTHY B. MCGRATH
CLERK

By: Randi Janoff
Deputy Clerk

cc:
Debtor
Counsel to Debtor
Trustee
Creditor

ntc of clm by 2nd party.rev
(07/13)