IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| IN RE: ) | |
| GINA M. MYERS ) | |
| JOHN M. MYERS ) | Case No.: 17-13205 (MDC) |
| **Debtor(s)** ) | |
| ) | Chapter 13 |
| WELLS FARGO BANK, N.A. ) | |
| d/b/a WELLS FARGO DEALER SERVICES ) | Docket No. |
| **Movant** ) | |
| ) | |
| v. ) | |
| ) | |
| GINA M. MYERS ) | |
| JOHN M. MYERS ) | |
| **Respondent(s)** ) | |
| ) | |
| WILLIAM C. MILLER ) | |
| **Trustee** ) | |
| ) | |

### ORDER APPROVING STIPULATION

IT IS HEREBY ORDERED that the Stipulation between Wells Fargo Dealer Services and the Debtors in settlement of the Objection To Confirmation, and filed on or about December 4, 2017 in the above matter is APPROVED.

Dated: December 19, 2017

BY THE COURT:

_Magdeline D. Coleman_
UNITED STATES BANKRUPTCY JUDGE