United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                     Case No. 17-13205-mdc
Gina M. Myers                                                              Chapter 13
John M. Myers
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: Randi            Page 1 of 1            Date Rcvd: Dec 19, 2017
                             Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 21, 2017.
db/jdb         +Gina M. Myers,    John M. Myers,    151 S. Hawthorne Ave,    Langhorne, PA 19047-2628

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 19, 2017 at the address(es) listed below:
              MATTEO SAMUEL WEINER    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com
              MICHAEL A. CATALDO2    on behalf of Joint Debtor John M. Myers ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              MICHAEL A. CATALDO2    on behalf of Debtor Gina M. Myers ecf@ccpclaw.com,   igotnotices@ccpclaw.com
              MICHAEL A. CIBIK2    on behalf of Joint Debtor John M. Myers ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              MICHAEL A. CIBIK2    on behalf of Debtor Gina M. Myers ecf@ccpclaw.com,   igotnotices@ccpclaw.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Wells Fargo Bank, N.A. d/b/a Wells Fargo Dealer
               Services ecfmail@mortoncraig.com,   mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| IN RE: ) | |
| GINA M. MYERS ) | |
| JOHN M. MYERS ) | Case No.: 17-13205 (MDC) |
| **Debtor(s)** ) | |
| ) | Chapter 13 |
| WELLS FARGO BANK, N.A. ) | |
| d/b/a WELLS FARGO DEALER SERVICES ) | Docket No. |
| **Movant** ) | |
| ) | |
| v. ) | |
| ) | |
| GINA M. MYERS ) | |
| JOHN M. MYERS ) | |
| **Respondent(s)** ) | |
| ) | |
| WILLIAM C. MILLER ) | |
| **Trustee** ) | |
| ) | |

## ORDER APPROVING STIPULATION

IT IS HEREBY ORDERED that the Stipulation between Wells Fargo Dealer Services and the Debtors in settlement of the Objection To Confirmation, and filed on or about December 4, 2017 in the above matter is APPROVED.

Dated:   December 19, 2017

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE