United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 17-13205-mdc
Gina M. Myers                                                   Chapter 13
John M. Myers
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: Randi         Page 1 of 1         Date Rcvd: Feb 02, 2018
                       Form ID: 155         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 04, 2018.
db/jdb         +Gina M. Myers,    John M. Myers,    151 S. Hawthorne Ave,    Langhorne, PA 19047-2628

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 04, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 2, 2018 at the address(es) listed below:
      MATTEO SAMUEL WEINER    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
       bkgroup@kmllawgroup.com
      MICHAEL A. CATALDO2    on behalf of Joint Debtor John M. Myers ecf@ccpclaw.com,
       cataldomr70146@notify.bestcase.com
      MICHAEL A. CATALDO2    on behalf of Debtor Gina M. Myers ecf@ccpclaw.com,
       cataldomr70146@notify.bestcase.com
      MICHAEL A. CIBIK2    on behalf of Joint Debtor John M. Myers ecf@ccpclaw.com,
       cibikmr70146@notify.bestcase.com
      MICHAEL A. CIBIK2    on behalf of Debtor Gina M. Myers ecf@ccpclaw.com,
       cibikmr70146@notify.bestcase.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
      WILLIAM EDWARD CRAIG    on behalf of Creditor    Wells Fargo Bank, N.A. d/b/a Wells Fargo Dealer Services ecfmail@mortoncraig.com,    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                                                                TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Gina M. Myers and John M. Myers
    Debtor(s)

Chapter: 13
Bankruptcy No: 17−13205−mdc

___

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this February 1, 2018 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

    Magdeline D. Coleman
    Judge ,
    United States Bankruptcy Court

33
Form 155