**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: GINA AND JOHN MYERS,<br>            Debtor(s). | Case No. 17-13205MDC13<br><br>Chapter 13 |

**ORDER APPROVING APPLICATION FOR COMPENSATION**

**AND NOW**, this ____7th____ day of ____February____, 201_8___, upon consideration of the Application for Compensation, it is

**ORDERED and DECREED** that counsel fees in the amount of **$4,870.00** are approved and the balance due to counsel in the amount of **$3,870.00** shall be disbursed in accordance with the Chapter 13 plan.

BY THE COURT

*Magdeline D. Coleman*
_____
HON. MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE

CIBIK & CATALDO, P.C.
Counsel for Debtor(s)
1500 Walnut St Ste 900
Philadelphia, PA  19102
ecf@ccpclaw.com

WILLIAM C. MILLER, ESQ.
Chapter 13 Trustee
PO Box 1229
Philadelphia, PA  19105
ecfemails@ph13trustee.com

GINA AND JOHN MYERS
Debtor(s)
151 S Hawthorne Ave
Langhorne, PA  19047