United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                Case No. 17-13205-mdc
Gina M. Myers                                                                          Chapter 13
John M. Myers
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Randi          Page 1 of 1          Date Rcvd: Feb 09, 2018
                             Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 11, 2018.
db/jdb        +Gina M. Myers,   John M. Myers,   151 S. Hawthorne Ave,   Langhorne, PA 19047-2628

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 11, 2018                               Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 9, 2018 at the address(es) listed below:
          MATTEO SAMUEL WEINER    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           bkgroup@kmllawgroup.com
          MICHAEL A. CATALDO2    on behalf of Joint Debtor John M. Myers ecf@ccpclaw.com,
           cataldomr70146@notify.bestcase.com
          MICHAEL A. CATALDO2    on behalf of Debtor Gina M. Myers ecf@ccpclaw.com,
           cataldomr70146@notify.bestcase.com
          MICHAEL A. CIBIK2    on behalf of Joint Debtor John M. Myers ecf@ccpclaw.com,
           cibikmr70146@notify.bestcase.com
          MICHAEL A. CIBIK2    on behalf of Debtor Gina M. Myers ecf@ccpclaw.com,
           cibikmr70146@notify.bestcase.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
          WILLIAM EDWARD CRAIG    on behalf of Creditor    Wells Fargo Bank, N.A. d/b/a Wells Fargo Dealer
           Services ecfmail@mortoncraig.com,   mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                          TOTAL: 8

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: GINA AND JOHN MYERS,
　　　　　　　　　Debtor(s).

Case No. 17-13205MDC13

Chapter 13

**ORDER APPROVING APPLICATION FOR COMPENSATION**

**AND NOW**, this ____7th____ day of _____February_____, 201_8___, upon consideration of

the Application for Compensation, it is

**ORDERED and DECREED** that counsel fees in the amount of **$4,870.00** are approved and the

balance due to counsel in the amount of **$3,870.00** shall be disbursed in accordance with the Chapter 13

plan.

BY THE COURT

*Magdeline D. Coleman*

_____
HON. MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE

CIBIK & CATALDO, P.C.
Counsel for Debtor(s)
1500 Walnut St Ste 900
Philadelphia, PA  19102
ecf@ccpclaw.com

WILLIAM C. MILLER, ESQ.
Chapter 13 Trustee
PO Box 1229
Philadelphia, PA  19105
ecfemails@ph13trustee.com

GINA AND JOHN MYERS
Debtor(s)
151 S Hawthorne Ave
Langhorne, PA  19047