# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 17-13205-MDC

GINA M. MYERS
JOHN M. MYERS
151 S. HAWTHORNE AVE

LANGHORNE, PA 19047

        Debtor

## <u>CERTIFICATE OF SERVICE</u>

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

GINA M. MYERS
JOHN M. MYERS
151 S. HAWTHORNE AVE

LANGHORNE, PA 19047

Counsel for debtor(s), by electronic notice only.

CIBIK & CATALDO
1500 WALNUT STREET
SUITE 900
PHILA, PA 19102-

        /S/ William C. Miller

Date: 9/28/2018

        _____
        William C. Miller, Esquire
        Chapter 13 Standing Trustee