United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-13205-mdc
Gina M. Myers                                                             Chapter 13
John M. Myers
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Randi                Page 1 of 3           Date Rcvd: Nov 05, 2018
                              Form ID: pdf900            Total Noticed: 58

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 07, 2018.
```
db/jdb         +Gina M. Myers,    John M. Myers,    151 S. Hawthorne Ave,    Langhorne, PA 19047-2628
cr             +Wells Fargo Bank, N.A. d/b/a Wells Fargo Dealer Se,    1451 Thomas Langston Rd.,
                 Winterville, NC 28590-8872
13917156       +AR Resources,INC.,    PO BOX 1056,    Blue Bell , PA 19422-0287
13917157      #+BCWSA,    PO BOX 3333,    Harleysville, PA 19438-0900
13917158       +Berkheimer Tax Administrator,    PO Box 25144,    Lehigh Valley, PA 18002-5144
13961732        Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
13917162       +Chase Mortgage,    3415 Vision Dr,    Columbus, OH 43219-6009
13917165       +Citicards Cbna,    Citicorp Credit Svc/Centralized Bankrupt,    PO Box 790040,
                 Saint Louis, MO 63179-0040
13917171       +Equifax,    P.O. Box 740241,    Atlanta, GA 30374-0241
13917172       +Experian,    Profile Maintenance,    P.O. Box 9558,    Allen, Texas 75013-9558
13917173       +Financial Recoveries,    PO Box 1388,    Mount Laurel, NJ 08054-7388
13917175       +Geeenstein Neurology, PC,    1341 N. Delaware Avenue,    Suite 212,    Philadelphia, PA 19125-4306
13935202       +JPMorgan Chase Bank NA,    c/o Matteo S. Weiner, Esq.,    KML Law Group PC,
                 701 Market St., Ste. 5000,    Phila., PA 19106-1541
13973656       +JPMorgan Chase Bank, National Association,    c/o Chase Records Center,
                 ATTN: Correspondence Mail,    Mail Code LA4-5555,    700 Kansas Lane,    Monroe, LA 71203-4774
13917178        John Cawley, Esq.,    3110 Tillman Drive,    Bensalem, PA 19020
13917179       +Keystone Collections Group,    PO Box  499,    Levittown, PA 19058
13917181       +Lab Corp.,    P.O. Box 2240,    Burlington, NC 27216-2240
13917183        Mary Smithson, Clerk,    Bucks County Justice Center,    Doylestown, PA 18901
13917184       +Oxford Neurology,    940 Town Center Drive,    Suite F 50,    Langhorne, PA 19047-3501
13917185        PA Dept. of Revenue,    Bankruptcy Division,    Bureau of Compliance,    P.O. Box 280946,
                 Harrisburg, PA 17120-0946
13917186       +PA Dermatology Partners,    258 E. Ben Franklin Hway,    Birdsboro, PA 19508-8772
13917188       +Ray Chapman,    Tax Collector,    2222 Trenton Road,    Levittown, PA 19056-1400
13917189       +Remex Inc,    307 Wall St,    Princeton, NJ 08540-1515
13917193       +Trans Union Corporation,    Public Records Department,    555 West Adams Street,
                 Chicago, IL 60661-3631
13917194       +Trumark Financial Cu,    335 Commerce Dr,    Fort Washington, PA 19034-2712
13936542       +Wells Fargo Bank NA,    c/o William E. Craig Esq.,    Morton & Craig LLC,
                 110 Marter Ave., Ste. 301,    Moorestown, NJ 08057-3125
13930355        Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer S,    PO Box 19657,    Irvine, CA 92623-9657
13917195       +Wells Fargo Dealer Services,    Attn: Bankruptcy,    PO Box 19657,    Irvine, CA 92623-9657

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Nov 06 2018 02:40:53     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 06 2018 02:40:40
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 06 2018 02:40:50     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: gecsedi@recoverycorp.com Nov 06 2018 02:47:28     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13917155       +E-mail/Text: bkrpt@retrievalmasters.com Nov 06 2018 02:40:45
                 AMCA/Amer Medical Collection Agency,    4 Westchester Plaza,    Suite 110,
                 Elmsford, NY 10523-1615
13917166        E-mail/Text: megan.harper@phila.gov Nov 06 2018 02:40:52     City Of Philadelphia,
                 Major Tax Unit/Bankruptcy Dept.,    1401 JFK Blvd, Room 580,    Philadelphia, PA 19102
13917167        E-mail/Text: megan.harper@phila.gov Nov 06 2018 02:40:52     City of Philadelphia,
                 Bankruptcy Unit,    15th Floor,    1515 Arch Street,    Philadelphai, PA 19102
13917160        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 06 2018 02:47:20     Capital One,
                 PO Box 60024,    City Industry, CA  91716-0024
13917159       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 06 2018 02:47:11     Capital One,
                 Attn: General Correspondence/Bankruptcy,    PO Box 30285,    Salt Lake City, UT 84130-0285
13917161       +E-mail/Text: bk.notifications@jpmchase.com Nov 06 2018 02:40:36     Chase Auto Finance,
                 National Bankruptcy Dept,    201 N Central Ave MS AZ1-1191,    Phoenix, AZ 85004-1071
13917163       +E-mail/Text: ecf@ccpclaw.com Nov 06 2018 02:40:31     Cibik & Cataldo, P.C.,
                 1500 Walnut Street, Suite 900,    Philadelphia, PA 19102-3518
13916863        E-mail/Text: mrdiscen@discover.com Nov 06 2018 02:40:32     Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
13917170       +E-mail/Text: mrdiscen@discover.com Nov 06 2018 02:40:32     Discover Financial,    PO Box 3025,
                 New Albany, OH 43054-3025
13917174        E-mail/Text: bk@freedomfinancialnetwork.com Nov 06 2018 02:40:31     Freedom Debt Relief,
                 4940 S. Wendler Drive,    Suite 101,    Tempe, AZ 85282
13917176        E-mail/Text: cio.bncmail@irs.gov Nov 06 2018 02:40:34    I.R.S.,    P.O. Box 7346,
                 Philadelphia, PA  19101-7346
13981823        E-mail/Text: bk.notifications@jpmchase.com Nov 06 2018 02:40:36     JPMorgan Chase Bank, N.A.,
                 National Bankruptcy Department,    P.O. Box 29505 AZ1-1191,    Phoenix, AZ 85038-9505
```

```
District/off: 0313-2           User: Randi              Page 2 of 3                   Date Rcvd: Nov 05, 2018
                               Form ID: pdf900          Total Noticed: 58
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
13917180       +E-mail/Text: bnckohlsnotices@becket-lee.com Nov 06 2018 02:40:33      Kohls/Capital One,
                 Kohls Credit,    PO Box 3043,     Milwaukee, WI 53201-3043
13970025        E-mail/PDF: resurgentbknotifications@resurgent.com Nov 06 2018 02:47:12
                 LVNV Funding, LLC its successors and assigns as,      assignee of Citibank, N.A.,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13982304        E-mail/PDF: resurgentbknotifications@resurgent.com Nov 06 2018 02:47:12
                 LVNV Funding, LLC its successors and assigns as,      assignee of Capital One Bank (USA), N.A.,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13975904       +E-mail/Text: bankruptcydpt@mcmcg.com Nov 06 2018 02:40:45       MIDLAND FUNDING LLC,
                 PO BOX 2011,    WARREN, MI 48090-2011
13938691       +E-mail/Text: bankruptcygroup@peco-energy.com Nov 06 2018 02:40:35         PECO Energy Company,
                 2301 Market Street,    S4-1,    Philadelphia, PA 19103-1380
13981039        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 06 2018 02:47:21
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13914329       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 06 2018 02:47:11
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13917187        E-mail/Text: bankruptcygroup@peco-energy.com Nov 06 2018 02:40:35       Peco Energy,
                 2301 Market Street # N 3-1,    Legal Department,    Philadelphia PA 19103-1338
13937573        E-mail/Text: bnc-quantum@quantum3group.com Nov 06 2018 02:40:36
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
13917190       +E-mail/PDF: gecsedi@recoverycorp.com Nov 06 2018 02:47:20       Synchrony Bank/Amazon,
                 Attn: Bankruptcy,    PO Box 956060,    Orlando, FL 32896-0001
13917191       +E-mail/PDF: gecsedi@recoverycorp.com Nov 06 2018 02:47:20       Synchrony Bank/Care Credit,
                 Attn: Bankruptcy,    PO Box 956060,    Orlando, FL 32896-0001
13917192       +E-mail/PDF: gecsedi@recoverycorp.com Nov 06 2018 02:47:11       Synchrony Bank/Walmart,
                 Attn: Bankruptcy,    PO Box 956060,    Orlando, FL 32896-0001
13937437       +E-mail/Text: dbogucki@trumark.org Nov 06 2018 02:41:03       Trumark Financial C.U.,
                 335 Commerce Dr.,    PO Box 8127,    Ft. Wash., PA 19034-8127
13955541       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 06 2018 02:47:12       Verizon,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 30

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13917168        Comenitybk/victoriasec
13917169        Complete Collecction Service
13917182        Lorco Petrolium Services
13917164*      +Cibik and Cataldo, P.C.,    1500 Walnut Street,    Suite 900,    Philadelphia, PA 19102-3518
13917177*       I.R.S.,   P.O. Box 7346,    Philadelphia, PA 19101-7346
                                                                                   TOTALS: 3, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 07, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 5, 2018 at the address(es) listed below:
          MATTEO SAMUEL WEINER    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           bkgroup@kmllawgroup.com
          MICHAEL A. CATALDO2    on behalf of Joint Debtor John M. Myers ecf@ccpclaw.com,
           igotnotices@ccpclaw.com
          MICHAEL A. CATALDO2    on behalf of Debtor Gina M. Myers ecf@ccpclaw.com,  igotnotices@ccpclaw.com
          MICHAEL A. CIBIK2    on behalf of Joint Debtor John M. Myers ecf@ccpclaw.com,
           igotnotices@ccpclaw.com
          MICHAEL A. CIBIK2    on behalf of Debtor Gina M. Myers ecf@ccpclaw.com,  igotnotices@ccpclaw.com
          REBECCA ANN SOLARZ    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           bkgroup@kmllawgroup.com
```

```
District/off: 0313-2          User: Randi                Page 3 of 3                  Date Rcvd: Nov 05, 2018
                              Form ID: pdf900            Total Noticed: 58
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
          WILLIAM EDWARD CRAIG    on behalf of Creditor    Wells Fargo Bank, N.A. d/b/a Wells Fargo Dealer Services ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                                                                                                   TOTAL: 9

## UNITED STATES BANKRUTPCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

GINA M. MYERS                 Chapter 13
JOHN M. MYERS

         Debtor           Bankruptcy No. 17-13205-MDC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this _1st_ day of _November_, 2018, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Magdeline D. Coleman
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
CIBIK & CATALDO
1500 WALNUT STREET
SUITE 900
PHILA, PA 19102-

Debtor:
GINA M. MYERS
JOHN M. MYERS
151 S. HAWTHORNE AVE

LANGHORNE, PA 19047